**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000399
27-JUL-2026
08:40 AM
Dkt. 11 ORD**

NO. CAAP-26-0000399


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


A.B., Plaintiff-Appellee,
v.
R.L., Defendant-Appellant.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FDV-25-000114)


ORDER AND ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Defendant-Appellant R.L. (**R.L.**) filed the notice of appeal on May 26, 2026.

(2) The court's June 24, 2026 Order denied R.L.'s motion for leave to proceed on appeal *in forma pauperis*, and stated that "[w]ithin ten (10) days from the date of this order, [R.L.] shall either: (a) file in the underlying case a motion for leave to proceed on appeal *in forma pauperis*, or (b) pay the

filing fees in the full amount to the Supreme Court Clerk's Office."

(3) The June 24, 2026 Order stated "[f]ailure to file in the underlying case a motion for leave to proceed on appeal *in forma pauperis* or pay the filing fees may result in the appeal being dismissed."

(4) R.L. has not complied with the June 24, 2026 Order, the time for compliance has expired, and R.L. has not paid the appellate filing fees or filed a motion for leave to proceed on appeal *in forma pauperis* in the underlying case.[1]

(5) On July 17, 2026, Noah H. Gibson (**Gibson**) filed a "Motion to Withdraw as Counsel" (**Motion to Withdraw**), which seeks to withdraw as counsel for Plaintiff-Appellee A.B. (**A.B.**) under Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 50, and states that A.B. is prepared to proceed self-represented.

Therefore, IT IS HEREBY ORDERED that the Motion to Withdraw is granted. The appellate clerk shall end Gibson and Megan N. Risso as parties to this appeal in the Judiciary Information Management System.

IT IS FURTHER ORDERED that A.B. shall proceed in this appeal self-represented, unless new counsel enters an appearance for A.B. The appellate clerk shall serve A.B. with a copy of this order at the address shown in the certificate of service for the Motion to Withdraw.

IT IS FURTHER ORDERED that the appeal is dismissed. See HRAP Rule 24(c) ("Failure of the unsuccessful movant to pay the unpaid filing fees or to give security for costs shall not affect the validity of the appeal, but is ground for such action

---

[1] The court takes judicial notice of the record in 1FDV-25-000114. Hawai'i Rules of Evidence Rule 201.

as the appellate court having jurisdiction over the appeal deems appropriate, and may include dismissal of the appeal.").

DATED:  Honolulu, Hawai'i, July 27, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge